1. *Matsushita Elec. Corp. of Am. and Matsushita Comm. Industrial Corp. of Am. v. United States,* 91–09–00716.

2. *Mitsubishi Elec. Corp. and Mitsubishi Consumer Elecs. Am. Inc. v. United States,* 91–10–00721.

3. *Murata Manuf. Co., Ltd. and Murata Elecs. North Am. v. United States,* 91–09–00711.

4. *OKI Elec. Indus. Co., Ltd. v. United States,* 91–09–00718.

951 F. Supp. 1026

FEDERAL-MOGUL CORP., PLAINTIFF AND PLAINTIFF-INTERVENOR, AND TORRINGTON CO., PLAINTIFF, PLAINTIFF-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND SKF USA INC., SKF FRANCE S.A., ET AL., DEFENDANT-INTERVENORS

Consolidated Court No. 93–08–00461

(Dated January 22, 1997)

ORDER

TSOUCALAS, *Senior Judge:* Upon consideration of NTN's consent motion to amend judgement, and upon consideration of all other papers and proceedings herein, and after due deliberation, it is hereby

ORDERED that the judgement entered on December 12, 1996 is amended and it is further

ORDERED that the case is remanded for the ITA to recalculate NTN's margins after segregating after market and distributor sales as distinct levels of trade, and it is further

ORDERED that the remand results are due within 60 days of the date that this order is entered.